UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN MORALES,

    Plaintiff,

v.      Case No. 2:21-cv-418-JLB-NPM

GAVINS ACE HARDWARE, INC.,

    Defendant.

## **ORDER**

Plaintiff John Morales has filed a notice of voluntary dismissal with prejudice. (Doc. 8.) The notice is self-executing. Fed. R. Civ. P. 41 (a)(1)(A)(i); <u>Matthews v. Gaither</u>, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on July 7, 2021.

*/s/ John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE